IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMY TIPTON, on Behalf of Herself and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff*, | § § | |
| vs. | § | CIVIL ACTION NO. 4:20-cv-00439 |
| ANADARKO PETROLEUM CORPORATION, | § § § § | |
| *Defendant*. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed.R.Civ.P. 7.1, Defendant Anadarko Petroleum Corporation files this Certificate of Interested Parties as its corporate disclosure statement and states that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a financial interest in the outcome of this litigation (entities understood to be publicly-traded are underlined):

1. Named Plaintiff Amy Tipton;

2. Beatriz Sosa-Morris, attorney for Plaintiffs, and the law firm SOSA-MORRIS NEUMAN;

3. Defendant Anadarko Petroleum Corporation;

4. <u>Occidental Petroleum Corporation</u>, parent company of Anadarko Petroleum Corporation

> Anadarko Petroleum Corporation is an indirect wholly-owned subsidiary of Occidental Petroleum Corporation ("Oxy"). Oxy is a publicly-held corporation that owns 10% or more of Anadarko Petroleum Corporation's stock; and

5. David B. Jordan and Jessica L. Craft, attorneys for Defendant, and the law firm LITTLER MENDELSON, P.C.

Respectfully submitted,

*Of Counsel:*

**Jessica L. Craft**
Texas State Bar No. 24106824
Federal I.D. No. 3144196
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

 /s/ David B. Jordan
**David B. Jordan** (Attorney-in-Charge)
Texas Bar No. 24032603
Federal I.D. No. 40416
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1301 McKinney, Suite 1900
Houston, Texas 77010
713.652.4709 (Telephone)
713.951.9212 (Facsimile)

**ATTORNEYS FOR DEFENDANT ANADARKO PETROLEUM CORPORATION**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the ___ day of April, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing upon the counsel below:

Beatriz Sosa-Morris
Sosa-Morris Neuman
5612 Chaucer Dr
Houston, TX 77005
bsosamorris@smnlawfirm.com

***Attorney for Plaintiff***


       */s/ David B. Jordan*
       David B. Jordan